# RAMIREZ COMPLAINT EXHIBIT "1"

**BAUMERT, CUMMINGS & HIATT**
ATTORNEYS-AT-LAW
P.O. Box 470
RCB BANK BUILDING
(122 East Grand, Suite 205)
PONCA CITY, OKLAHOMA 74602-0470

DAVID S. CUMMINGS
DERRIN K. HIATT
L.ENLOE BAUMERT, Of Counsel
PHILIP A. ROSS, Of Counsel

(580) 762-2403
FAX (580) 762-3166
dcummings@pcoklaw.com
www.bchlawfirm.com

April 5, 2021

Mr. Tim Gilpin
Attorney At Law
1874 South Boulder Avenue
Tulsa, OK 74119

RE:   Kay County Justice Facilities Authority

Dear Mr. Gilpin:

The Administrator of the Kay County Detention Center has forward me your letter of March 29 requesting records under the Oklahoma Open Records Act. However, your request requires that the institution must make a determination regarding staff "who came into contact with Ramira Ramirez". The Open Records Act does not require the governmental organization to make any such investigations and determinations. This sounds more like an interrogatory and request for production of documents, but no court action is pending. The Open Records Act only requires for specifically identified documents to be produced. Therefore, the request is being denied at this time.

Very sincerely

David S. Cummings

cc:   Don Jones

DSC/haf.0421.02

Gilpin Law Office
APR - 8 REC'D
RECEIVED 2021

**EXHIBIT "1"**



**Tim Gilpin • Attorney At Law**

1874 S. Boulder Avenue  Tulsa, OK  74119 • 918-583-8900 • Fax 918-796-5724 • Email: timgilpin@gilpinlaw.net

March 29, 2021

Kaleen Hughs
Administrator, Kay County Detention Center
1101 W. Dry Road
Newkirk, OK  74647
via U.S. Certified Mail # 7018 3090 0000 0605 3927

Tammy Reese
Kay County Clerk
Secretary Board of Kay County Commissioners
Secretary Kay County Justice Facilities Authority
201 S. Main Street
Newkirk, OK  74647
via U.S. Certified Mail # 7018 3090 0000 0605 3910

RE: Oklahoma Open Records Act Request(s)

To Whom It Concerns:

Pursuant to the Oklahoma Open Records Act, 51 O.S., §24A.1, et seq., I request access to and copies of the documents outlined below. I agree to pay a reasonable duplication fee for the processing of this request(s). If the fee will exceed $100.00, please advise before duplication. If my request(s) is denied in whole or in part, I ask that you justify all the reasons by reference to specific exemptions of the Act. The requested documents are:

1) Any and all Employment Application Form(s) (such that the individual can be identified) of Detention Officer(s), Jailers or Staff who came into contact with Ramira Ramirez (Inmate # 372280) on or about October 17 through October 23, 2020, at the Kay County Detention Center, Emergency Room and/or Hospital;

Please forward this to me via e-mail, fax or regular U.S. Mail at your earliest opportunity. Should you have any questions, or wish to discuss this matter in greater detail, please do not hesitate to call me. Thank you.

Very Sincerely,

Tim Gilpin

TSG/cp