**RAMIREZ COMPLAINT EXHIBIT "4"**

PATIENT NAME: RAMIREZ,RAMIRO NMN                VISIT #: BL0000013875
DATE OF BIRTH:                                  MRN#: M000134281

ER PHYSICIAN: SHUART,JEFFREY R M D
PRIMARY CARE PHYSICIAN:
FAMILY PHYSICIAN:
OTHER PHYSICIAN:

ARRIVAL DATE: 10/21/20
ARRIVAL TIME: 1353

## History of Present Illness
### Stated Complaint
Chief Complaint: Arm Injury/Pain
ED Stated Complaint: left arm palsy
initial vital signs

### Admission Vital Signs

| Date Time | Temp | Pulse | Resp | B/P (MAP) | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/21/20 13:55 | 98.4 | 87 | 18 | 197/90 (125) | 97 | | | |

Time seen by provider: 14:14
Date seen by provider: Oct 21, 2020
Source: patient
Exam Limitations: no limitations

### History of Present Illness
HPI comments
This is a 50-year-old white male with a history of coronary artery disease, hypertension, diabetes, schizophrenia, who reports the emergency department complaining of left-sided weakness and left arm contractures. Patient is a in the local prison and had an episode of hypoglycemia last night. Patient was taken to dispensary given nitroglycerin for chest tightness, and fed. Patient had facial droop and left-sided weakness at that time and was returned to his cell. Patient was not checked on until this afternoon at which point he continued to have left-sided leg weakness and contracture of the left arm. Patient's other symptoms had resolved. Patient came into the emergency department 16 hours after the onset of his symptom. Patient denies any aggravating relieving factors. Patient denies trauma.
coded allergy=interact checked:
Coded Allergies:
   No Known Allergies (Verified , 11/15/07)
medications

### Active
Reported
Oxcarbazepine 300 Mg Tablet 300 Mg PO BID 30 Days
Asprin EC (Aspirin) 81 Mg Tabec 1 Tab PO DAILY
Prozac (Fluoxetine HCl) 20 Mg Cap 1 Cap PO DAILY
Sucralfate 1 Gm Tab 1 Gm PO QIDAC
Reglan 10MG Tab (Metoclopramide HCl) 10 Mg Tab 1 Tab PO QIDAC
Glyburide 5 Mg Tab 1 Tab PO DAILY
Klonopin (Clonazepam) 1 Mg Tab 1 Tab PO BID
Simvastatin 20 Mg Tab 1 Tab PO QHS
Lisinopril 5 Mg Tab 1 Tab PO DAILY

**EXHIBIT "4"**