**RAMIREZ COMPLAINT EXHIBIT "5"**

History & Evaluation. Mr. Ramirez is a 50-year-old man with history of hypertension, diabetes, CAD, MI, schizophrenia, and bipolar disorder, admitted to Blackwell ED on 10/21 for the acute onset of LEFT hemiparesis.

Patient was in his usual state of health until 9:00 PM, when he began to feel hot and sweaty. He had some mild chest pain. Initially he thought that he was hypoglycemic. Shortly thereafter he developed some LEFT-sided weakness.

Symptoms persisted overnight, and into the morning, so patient was taken to Blackwell ED for further evaluation. At the time of my visit, he reports no improvement in symptoms. He is unable to extend the fingers on his LEFT hand. He is unable to flex the LEFT arm at the elbow. He can shrug his LEFT shoulder, and can rotate the LEFT arm at the shoulder. He has a LEFT leg drift.

He denies headache, any other new symptoms.

We discussed the differential diagnosis, including acute ischemic stroke vs. other.

Patient is not a candidate for IV t-PA, as he presented >4.5 hours from onset of symptoms. He is VAN negative, and as such is NOT felt to be a candidate for EVT.

I spoke with PA Lermenstof, recommended aspirin, permissive hypertension, and admission for inpatient stroke workup.

Tentative plans were made for transfer to ICVH for completion of workup.

Will you be examining the patient (e.g., via video or on-site at Hub)? Yes

## REMOTE EXAMINATION

### REMOTE PHYSICAL EXAMINATION
BP ............................................. 159 / 90
Pulse ......................................... 80
Evidence of acute aortic dissection, MI, hypoglycemia, or end stage malignancy ND

## ED ORDERS

### LABS
12-lead EKG without acute MI ............ ND
HCT (greater than 30) ...................... ND
Platelets (greater than 100,000) ......... ND
WBC (3k-10k) ................................. ND
Na (135-145) ................................. ND
BUN (less than 35) .......................... ND
Creatinine (less than 2) ................... ND
Glucose (50-400) ............................ ND
PT less than 15 or .......................... ND
INR less than 1.7 ........................... ND
PTT less than 40 ............................ ND
All labs are within treatable range for tPA ..... ND
Urine HCG in any woman .................. Not Applicable

## TPA INCLUSION CRITERIA

### PRIOR MEDICAL HISTORY
(Check all that apply) .................... [X] Coronary artery disease (CAD)
[X] Hypertension
[X] Dyslipidemia

### FAMILY/ SOCIAL HISTORY
(Check all that apply) .................... [X] Non-contributory

### CURRENT ANTITHROMBOTIC MEDS
(Check all that apply) .................... [X] Antiplatelets: ASA, plavix, aggrenox, other

### INCLUSION CRITERIA
[X] A significant neurologic deficit expected to result in long term disability
[X] Non-contrast CT scan without hemorrhage or well-established new infarct

**PATIENT NAME:** RAMIREZ, RAMIRO NMN
**VISIT #:** BL0000013875
**MRN:** M000134281
TELESTROKE CONSULTATION REPORT
PAGE 2 OF 4

**EXHIBIT "5"**