# Ramirez Amended Complaint EXHIBIT "1"

Business Services | Notary | Charitable Organizations | Open Meetings | Agricultural Liens | Executive Legislative

Home : Business Services : Corp Search : Corp Information

# Entity Summary Information

Select the buttons below to file or place an order.

To view Entity Details there will be a $5.00 charge and you will need to click on **VIEW ENTITY DETAILS** button at the bottom of the page.

If you are ordering documents such as a "Certificate of Good Standing" or "copies" you will need to click on the **ORDER DOCUMENTS** button at the bottom of the page.

If you are filing a legal document such as a trade name, amendment, annual certificate, etc., you will need to click on **FILE A DOCUMENT** button at the bottom of the page.

**KAY COUNTY JUSTICE FACILITIES AUTHORITY**

### Details

| | |
|---|---|
| Filing Number: | 5012131040 |
| Name Type: | Legal Name |
| Status: | In Existence |
| Corp type: | Public Trust |
| Jurisdiction: | Oklahoma |
| Formation Date: | 16 Feb 2007 |

### Registered Agent Information

| | |
|---|---|
| Name: | |
| Effective: | N/A |
| Address: | |
| City, State , ZipCode: | |

View Entity Detail | File a Document | Order Documents | New Search

02/16/2007 01:53 PM
OKLAHOMA SECRETARY OF STATE


SOS


6652950002

FILED - Oklahoma Secretary of State #5012131040 02/16/2007 16:45

TRUST INDENTURE

CREATING THE

KAY COUNTY JUSTICE FACILITIES AUTHORITY

KNOW ALL MEN BY THESE PRESENTS:

This Trust Indenture dated as of the 2nd day of February, 2007, by Dee Schieber, hereinafter referred to as the Trustor, and (1) Dee Schieber, (2) Everette VanHoesen, (3) Norris Frederick, (4) Anthony Street, (5) Wes Young, (6) Jim Stieber, (7) Carl Giddens, (8) Bruce Robinson and (9) Darrel Grossardt and their respective successors as provided herein, to be known as the Trustees of the Kay County Justice Facilities Authority, who shall be and are hereinafter referred to as Trustees of said Authority, hereinafter referred to as "Authority" or "Trust".

WITNESSETH:

NOW THEREFORE in consideration of the payment by the Trustor to the Trustees of the sum of One Dollar ($1.00), receipt of which is hereby acknowledged, the mutual covenants herein set forth, and other valuable considerations, the said Trustees agree to hold, manage, invest, assign, convey and distribute as herein provided, authorized and directed, such property as Trustor, or others may from time to time assign, transfer, lease, convey, give, bequeath, devise or deliver unto this Trust or the Trustees hereof.

TO HAVE AND HOLD such property and the proceeds, rents, profits and increases thereon unto said Trustees and said Trustees' successors and assigns, but nevertheless in trust, for the use and benefit of Kay County, State of Oklahoma, such County being hereby designated and hereinafter referred to as "Beneficiary", and upon the following trust, terms and conditions here stated.

## Article I

### Creation of Trust

The undersigned Trustor creates and establishes a Trust for the use and benefit of the Beneficiary for the public purposes hereinafter set forth, under the provisions of Title 60, Oklahoma Statutes 2001, Sections 176 to 180.4, inclusive, as amended and supplemented, the Oklahoma Trust Act and other applicable statutes and laws of the State of Oklahoma.

1

RECEIVED
FEB 1 6 2007
OKLAHOMA SECRETARY