# Ramirez Amended Complaint EXHIBIT "2"

Business Services    Notary    Charitable Organizations    Open Meetings    Agricultural Liens    Executive Legislative

Home : Business Services : Corp Search : Corp Information

# Entity Summary Information

Select the buttons below to file or place an order.

To view Entity Details there will be a $5.00 charge and you will need to click on **VIEW ENTITY DETAILS** button at the bottom of the page.

If you are ordering documents such as a "Certificate of Good Standing" or "copies" you will need to click on the **ORDER DOCUMENTS** button at the bottom of the page.

If you are filing a legal document such as a trade name, amendment, annual certificate, etc., you will need to click on **FILE A DOCUMENT** button at the bottom of the page.

## TURN KEY HEALTH CLINICS, LLC

### Details

| | |
|---|---|
| Filing Number: | 3512456095 |
| Name Type: | Legal Name |
| Status: | In Existence |
| Corp type: | Domestic Limited Liability Company |
| Jurisdiction: | Oklahoma |
| Formation Date: | 2 Jun 2014 |

### Registered Agent Information

| | |
|---|---|
| Name: | JESSE WHITE |
| Effective: | 20 Sep 2021 |
| Address: | 900 NW 12TH ST |
| City, State , ZipCode: | OKLAHOMA CITY   OK   73106 |

View Entity Detail    File a Document    Order Documents    New Search