# Ramirez Amended Complaint EXHIBIT "4"



1874 S. Boulder Avenue  Tulsa, OK  74119 • 918-583-8900 • Fax  918-796-5724 • Email: timgilpin@gilpinlaw.net

February 20, 2021

Kaleen Hughs
Administrator, Kay County Detention Center
1101 W. Dry Road
Newkirk, OK  74647
via U.S. Certified Mail # 7018 3090 000 0605 3873

Tammy Reese
Kay County Clerk
Secretary Board of Kay County Commissioners
Secretary Kay County Justice Facilities Authority
201 S. Main Street
Newkirk, OK  74647
via U.S. Certified Mail # 7018 3090 0000 0605 3880

RE: Oklahoma Open Records Act Request(s)

To Whom It Concerns:

Pursuant to the Oklahoma Open Records Act, 51 O.S., §24A.1, *et seq.*, I request access to and copies of the documents outlined below. I agree to pay a reasonable duplication fee for the processing of this request(s). If the fee will exceed $100.00, please advise before duplication. If my request(s) is denied in whole or in part, I ask that you justify all the reasons by reference to specific exemptions of the Act. The requested documents are:

1) Any and all Contract or Agreement for Medical Services regarding *inmates and incarcerated persons at the Kay County Detention Center relevant to the period of 2020 and 2021*;

2) Any and all Kay County Justice Facilities Authority and/or Kay County Detention Center, Policies or Rules regarding *medical services and inmates or incarcerated persons* at the Kay County Detention Center *relevant to the periods of 2020 and 2021*.

Please forward this to me via e-mail, fax or regular U.S. Mail at your earliest opportunity. Should you have any questions, or wish to discuss this matter in greater detail, please do not hesitate to call me. Thank you.

Very Sincerely,

Tim Gilpin

TSG/cp