# Ramirez Amended Complaint EXHIBIT "8"

OKLAHOMA DEPARTMENT OF CORRECTIONS
NURSING PRACTICE PROTOCOLS

MSRM 140117.01.10.6 (R-4/19)

## Neurologic Deficit
(Ischemic Attack, CVA, Bell's Palsy)

**Subjective Data:**          **Allergies:** _____
Chief complaint: _____
Onset of Symptoms: _____ Duration of Symptoms: _____ Activity at Onset: _____

**Associated symptoms:**
- ❑ Generalized weakness/paralysis ❑ Disturbance of speech ❑ Loss of balance ❑ Excessive tearing of eye
- ❑ Neck ache ❑ Pain behind ear ❑ Visual disturbances ❑ Confusion ❑ Loss of consciousness
- ❑ Loss of bladder and/or bowel ❑ Facial drooping ❑ Loss of taste ❑ Facial drooping ❑ Drooling

| Stroke- THINK F.A.S.T | Bell's Palsy – COWS |
|---|---|
| **Face** - weakness on one side of the face and ask person to smile | **C** – close your eyes |
| **Arm**- weakness or numbness in one arm ask the person to raise both arms | **O** – open your eyes |
| **Speech** – slurred speech or trouble getting words out, ask the person to speak a simple sentence | **W** – wrinkle your forehead, raise your eyebrows |
| **Time** – note time when signals were first observed | **S** – smile |

**Objective Data:** (clinically indicated VS)
BP _____ Pulse _____ Resp. _____ Temp. _____ Wt. _____ $O_2$ sats. _____ FSBS: _____

| Respiration | LOC | Neurologic | | Mental Status |
|---|---|---|---|---|
| ❑ Even | ❑ Awake | ❑ Gait steady | ❑ Gait unsteady | ❑ Oriented to place |
| ❑ Uneven | ❑ Alert | ❑ Grips equal | ❑ Grips unequal | ❑ Oriented to date & time |
| ❑ Labored | ❑ Oriented X___ | ❑ Speech normal | ❑ Speech slurred | ❑ Can repeat "ball, flag, tree" |
| ❑ Unlabored | ❑ Confused | ❑ Pupils equal | ❑ Pupils unequal | ❑ Can name a pen and watch |
| ❑ Shallow | ❑ Lethargic | ❑ Smile symmetrical | ❑ Smile asymmetrical | ❑ Can repeat "no ifs and or buts" |
| ❑ Deep | ❑ Comatose | ❑ Facial drooping | ❑ Pain behind the ear | ❑ Can draw a clock set to 2:30 |
| ❑ Rapid | ❑ Follows commands | ❑ Able to wrinkle forehead and close eyes | | |
| | ❑ Unable to follow commands | ❑ Unable to wrinkle forehead and close eyes | | |
| | ❑ Knows month & age | ❑ Loss of sense of taste | | |
| | ❑ Does not know month & age | | | |

**CONTACT HEALTH CARE PROVIDER IMMEDIATELY IN ALL CASES OF NEUROLOGIC ADNORMALITIES:** *In cases of emergency call EMS.*

- ❑ Facial drooping     ❑ Weakness/numbness/paralysis     ❑ Blood Pressure elevation
- ❑ Decreased level of consciousness     ❑ Loss of consciousness     (Systolic ≥ 185 mmHg or Diastolic ≥ 110 mmHg)
- ❑ Paralysis     ❑ Unable to speak/slurred speech

**Emergency department notification time:** _____ **Transport time:** _____ **Transported by:** _____
**Health Care Provider:** _____ **Time Notified:** _____ **Orders Received for Treatment:** ❑ Yes ❑ No

**Plan: Interventions:**
- ❑ Check in assessment only for health care providers visit.
- ❑ Chief complaint resolved prior to appointment. Instructed inmate to follow-up sick call for signs/symptoms warranting further evaluation. Assessment completed.
- ❑ Call EMS for altered state of consciousness, facial drooping and/or can't speak.
- ❑ Obtain VS, including FSBS, paying special attention to an elevated blood pressure.
- ❑ Assess inmate's coordination of movement and ability to move upper and lower extremities.
- ❑ Check pupil size and reaction to light.
- ❑ Assess facial symmetry. Look for differences between features of right and left side of face (e.g. smile/frown, raise eyebrows) and presence/absence of eyelid drooping.
- ❑ Assess inmate's ability to walk, observing gait and balance.
- ❑ Do not give inmate anything to eat or drink.
- ❑ Have inmate rest quietly on their weakened side so secretions can drain from the mouth.
- ❑ Education/Intervention: Instructed on treatment provided, follow-up sick call with health care provider after ER / hospitalization. Inmate verbalizes understanding of instructions.

**Progress Note:** _____

**Health Care Provider Signature/Credentials:** _____ **Date:** _____ **Time:** _____

**RN/LPN Signature/Credentials:** _____ **Date:** _____ **Time:** _____

Inmate Name           DOC #
(Last, First)

OKLAHOMA DEPARTMENT OF CORRECTIONS  
NURSING PRACTICE PROTOCOLS  
**Hypertension**

MSRM 140117.01.1.3  
(R-4/19)

**Subjective Data:**  
Chief complaint: _____  
**Allergies:** _____

Onset: _____  ❏ New Onset  ❏ Chronic  ❏ Recurrence  Severity of attack: Scale: (1-10) _____

**Risk Factors:**

| | | | |
|---|---|---|---|
| ❏ Diabetes | ❏ Cardiovascular Disease | ❏ Stroke  ❏ Renal Disease | ❏ Smoker  ❏ Caffeine Use |
| ❏ Illicit Drug Use | ❏ Excessive Licorice Intake | ❏ Excessive Sodium Intake | ❏ Previous Treatment for Hypertension |

**Associated symptoms:**

| | | | | | |
|---|---|---|---|---|---|
| ❏ Epistaxis | ❏ Muscle cramps | ❏ Headache | ❏ Visual Disturbances | ❏ Weakness | ❏ Sweating |
| ❏ Dizziness | ❏ Palpitations | ❏ Tinnitus | ❏ Shortness of Breath | ❏ Edema | ❏ Anxiety |
| ❏ Nausea | ❏ Vomiting | ❏ Polyuria | | | |

**Current Medications:** _____, _____, _____

**Objective Data:** (clinically indicated VS)

BP (sitting) _____ (lying) _____ (standing) _____ Pulse _____ Resp. _____ Temp. _____ Wt. _____ O$_2$ sats. _____ FSBS _____

| Respiration | Lung Sounds | Skin | LOC | Swelling | Appearance |
|---|---|---|---|---|---|
| ❏ Even | ❏ Clear | ❏ Warm | ❏ Awake | ❏ Extremities | ❏ No distress |
| ❏ Uneven | ❏ Rhonchi | ❏ Pink | ❏ Alert | ❏ Generalized | ❏ Mild distress |
| ❏ Labored | ❏ Wheezes | ❏ Cool | ❏ Oriented X__ | ❏ Pitting | ❏ Moderate distress |
| ❏ Unlabored | ❏ Diminished | ❏ Pale | ❏ Confused | | ❏ Severe distress |
| ❏ Shallow | ❏ Rales | ❏ Cyanotic | ❏ Lethargic | | |
| ❏ Deep | ❏ Crackles | ❏ Mottled | ❏ Comatose | | |
| ❏ Use of accessory muscles | | ❏ Diaphoretic | | | |

---

**CONTACT HEALTH CARE PROVIDER IMMEDIATELY IF.**

❏ If diastolic blood pressure is > 120 mm Hg, or systolic blood pressure > 200 mm Hg  
❏ Cardiac symptomology  ❏ Unresponsive to treatment  ❏ Call 911 if altered mental status change  
❏ Emergency department notification time: _____ Transport time: _____

**Health Care Provider:** _____ **Time Notified:** _____ **Orders Received for Treatment:** ❏ Yes ❏ No

---

**Plan: Interventions: Hypertensive** (check all that apply)

❏ Check in assessment only for health care providers visit.  
❏ Chief complaint resolved prior to appointment. Instructed inmate to follow-up sick call for signs/symptoms warranting further evaluation. Assessment completed.

**If diastolic blood pressure is > 120 mm Hg, or systolic blood pressure > 200 mm Hg**

❏ Reassure inmate, provide calm, quiet environment  
❏ Place inmate in semi-fowler position or reclining position  
❏ Place pulse oximeter and administer Oxygen at 2L minute via nasal cannula to maintain oxygen saturation above 90% (requires provider order)  
❏ Monitor blood pressure, cardiac rate and rhythm  
❏ Monitor breath sounds, heart tones and peripheral pulses  
❏ Monitor skin color, moisture, temperature and capillary refill time  
❏ Monitor and record vital signs and neurologic status every 15 minutes until the diastolic blood pressure is reduced to 100 mm Hg or provider has evaluated the inmate.  
❏ Administer medications as prescribed (requires provider order)  
❏ Insert intravenous saline lock (requires provider order)  
❏ Hypertension Stage I – [Systolic 140-159; Diastolic 90-99]. Perform B/P checks 2 – 3 times a week times 2 weeks. Schedule chart review with provider to review results.  
❏ Hypertension Stage II – [Systolic ≥ 160 Diastolic ≥ 100]. Perform B/P checks 3 times a week for 1 week and then schedule an appointment with provider to review results.  
❏ Education/Intervention: Instructed to avoid salt rich foods, factors that trigger increase B/P, medications, treatments, follow-up sick call if no improvement. Inmate verbalizes understanding of instructions.

**Progress Note:** _____

**Health Care Provider Signature/Credentials:** _____ **Date:** _____ **Time:** _____

**RN/LPN Signature/credentials:** _____ **Date:** _____ **Time:** _____

Inmate Name  
(Last, First)

DOC #