# Ramirez Amended Complaint EXHIBIT "10"

STILLWATER MEDICAL - BLACKWELL

History & Evaluation: Mr. Ramirez is a 50-year-old man with history of hypertension, diabetes, CAD, MI, schizophrenia, and bipolar disorder, admitted to Blackwell ED on 10/21 for the acute onset of LEFT hemiparesis.

Patient was in his usual state of health until 9:00 PM, when he began to feel hot and sweaty. He had some mild chest pain. Initially he thought that he was hypoglycemic. Shortly thereafter he developed some LEFT-sided weakness.

Symptoms persisted overnight, and into the morning, so patient was taken to Blackwell ED for further evaluation. At the time of my visit, he reports no improvement in symptoms. He is unable to extend the fingers on his LEFT hand. He is unable to flex the LEFT arm at the elbow. He can shrug his LEFT shoulder, and can rotate the LEFT arm at the shoulder. He has a LEFT leg drift.

He denies headache, any other new symptoms

We discussed the differential diagnosis, including acute ischemic stroke vs. other

Patient is not a candidate for IV t-PA, as he presented >4.5 hours from onset of symptoms. He is VAN negative, and as such is NOT felt to be a candidate for EVT

I spoke with PA Leimenstol, recommended aspirin, permissive hypertension, and admission for inpatient stroke workup

Tentative plans were made for transfer to ICVH for completion of workup

Will you be examining the patient (e.g., via video or on-site at Hub)? Yes

_____ REMOTE EXAMINATION _____

REMOTE PHYSICAL EXAMINATION
BP............................................. 159 / 90
Pulse......................................... 80
Evidence of acute aortic dissection, MI, hypoglycemia, or end stage malignancy ND

_____ ED ORDERS _____

LABS
12-lead EKG without acute MI ............ ND
HCT (greater than 30)....................... ND
Platelets (greater than 100,000)......... ND
WBC (3k-10k)................................. ND
Na (135-145).................................. ND
BUN (less than 35).......................... ND
Creatinine (less than 2)................... ND
Glucose (50-400)............................ ND
PT less than 15 or.......................... ND
INR less than 1.7............................ ND
PTT less than 40............................. ND
All labs are within treatable range for tPA..... ND
Urine HCG in any woman ................ Not Applicable

_____ TPA INCLUSION CRITERIA _____

PRIOR MEDICAL HISTORY
(Check all that apply)..................... [X] Coronary artery disease (CAD)
[X] Hypertension
[X] Dyslipidemia
FAMILY/ SOCIAL HISTORY
(Check all that apply)..................... [X] Non-contributory
CURRENT ANTITHROMBOTIC MEDS
(Check all that apply)..................... [X] Antiplatelets: ASA, plavix, aggrenox, other
INCLUSION CRITERIA
[X] A significant neurologic deficit expected to result in long term disability
[X] Non-contrast CT scan without hemorrhage or well-established new infarct

PATIENT NAME: RAMIREZ, RAMIRO NMN            VISIT #: BL0000013875
                                             MRN: M000134281
                    TELESTROKE CONSULTATION REPORT
                              PAGE 2 OF 4