# Ramirez Amended Complaint EXHIBIT "11"

**admin@kaycountydc.net**

**From:** Don Jones <Director@kaycountydc.net>
**Sent:** Monday, March 08, 2021 9:51 AM
**To:** 'Kay Hugh's'
**Subject:** RE:

Please send it to him and state that he would need to contact tunrkey for their policies "when asked for turnkeys policies they replied they are a private company and not subject to the request"

thanks

this is from turnkey (few weeks ago)

Thank you, Don. Turn Key isn't subject to the Open Records Act since we are not a state agency, so the jail won't need to produce any Turn Key policies, procedures, etc. If the jail has any "medical" policies, then those might be subject to the request, but otherwise they've requested more than what's allowable under the Act. I'm happy to forward a letter stating that Turn Key and its P&Ps are not subject to the Act if that will assist you guys in any way. For convenience, I'm also attaching the Kay County contract and amendments in effect as of 2020-2021.

Gilpin Law Office
MAR 1 0 REC'D 2021
RECEIVED