# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAMIRO RAMIREZ, an individual, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-21-00971-JD |
| KAY COUNTY JUSTICE FACILITIES AUTHORITY, a public trust doing business as Kay County Detention Center; TURN KEY HEALTH CLINICS LLC, a domestic limited liability company; CALLIE GRAY, individually; JOSEPHINE OTOO, individually; DON JONES, individually and in his official capacity as Director of the Kay County Detention Center; FNU LNU John, Joe & Sergeant Doe, individually, as yet unidentified Detention Officers, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## **ORDER**

Before the Court is the Motion to Withdraw as Counsel of Record [Doc. No. 44]. The motion seeks an order allowing Garrett Molinsky to withdraw as counsel for Defendants Turn Key Health Clinics, LLC, Callie Gray and Josephine Otto in the above-referenced matter.

Upon review of the motion, and under LCvR83.5, the Court GRANTS the Motion to Withdraw as Counsel. No conditions need to be imposed upon the withdrawal of Mr. Molinsky, as Alexandra G. Ah Loy of Hall Booth Smith, P.C. will continue to represent Defendants Turn Key Health Clinics, LLC, Callie Gray and Josephine Otto.

IT IS SO ORDERED this 15th day of May 2023.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE